UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

WASHINGTON SQUARE SECURITIES, INC.,

    PLAINTIFF,

v.

Case No. 3:02CV308-V

JAMES K. AUNE, HOWARD W. NORMAN and his
wife VIRGINIA M. NORMAN, Individually and as
Trustees of the Howard and Virginia Norman Charitable
Trust, and PATRICIA J. WALKER,

    DEFENDANTS.

## APPENDIX IN SUPPORT OF
## PLAINTIFF WASHINGTON SQUARE SECURITIES, INC.'S
## MOTION FOR PRELIMINARY INJUNCTION

Stephen D. Allred
N.C. State Bar No. 18890
Amy R. Langdon
N.C. State Bar No. 23516
HELMS MULLISS & WICKER, PLLC
P.O. Box 31247
Charlotte, North Carolina 28231
Telephone: (704) 343-2000
Facsimile: (704) 334-8467

*Attorneys for Plaintiff Washington
Square Securities, Inc.*

Of Counsel:

Burton W. Wiand
Elaine M. Rice
FOWLER WHITE
BOGGS BANKER P.A.
501 East Kennedy Boulevard
Tampa, Florida 33602
Telephone: (813) 228-7411



# TABLE OF CONTENTS

**Document** | **Tab**

Declaration of Elaine A. Rice ..................................................................... 1

    First Amended Statement of Claim........................................................ 1a

    Letter to L. Lasher from B. Wiand, dated April 2, 2002......................... 1b

    Letter to L. Lasher from E. Rice, dated May 6, 2002............................. 1c

Declaration of Ramona R. Ruppert ............................................................. 2

Declaration of Patrick S. Williams .............................................................. 3

    Declaration of Philip J. Hoblin, Jr. (with attachments)........................... 3a

    Declaration of Thomas Wiltrakis............................................................ 3b

    Declaration of Carolyn G. Nussbaum..................................................... 3c

    Declaration of Marion H. Little, Jr......................................................... 3d

    Declaration of Kevin R. McDermott....................................................... 3e

    Declaration of Jonathon Kord Langemann (with attachments)............... 3f

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on the following by mailing a copy, postage prepaid this 26th day of July, 2002:

Joel Goodman
Goodman & Nekvasil, P.A.
14020 Roosevelt Blvd., Suite 808
P.O. Box 17709
Clearwater, Florida 33762

*Attorney for Defendants*

Stephen D. Allred

3

# LARGE DOCUMENT NOT SCANNED

# PLEASE SEE THE CASE FILE FOR COMPLETE DOCUMENT.